UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID EUGENE HUTSON,<br><br>Plaintiff,<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendants. | NO: 2:16-CV-00228-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING FILE |

**BEFORE THE COURT** is Magistrate Judge Rodgers' July 21, 2017 Report and Recommendation to grant Defendant's Motion for Summary Judgement, ECF No. 13, and deny Plaintiff's Motion for Summary Judgment, ECF No. 12. ECF No. 15. Objections were due on or before August 4, 2017, and neither party submitted timely objections to the Report and Recommendation.

Having reviewed the July 21, 2017 Report and Recommendation and there being no objections, the Court **ADOPTS** the Report and Recommendation, ECF No. 15, in its entirety.

Accordingly, **IT IS ORDERED:**

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

1. Defendant's Motion for Summary Judgment, **ECF No. 13**, is **GRANTED**.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 12,** is **DENIED**.

The District Court Executive is directed to file this Order and provide a copy to counsel for Plaintiff and Defendant. **Judgment shall be entered for Defendant and the file shall be CLOSED.**

**DATED** this August 7, 2017.

s/Rosanna Malouf Peterson
ROSANNA MALOUF PETERSON
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2